# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2021 ND 157

In the Interest of T.L.E.

Ann Engel, PsyD,                                            Petitioner and Appellee

v.

T.L.E.,                                                Respondent and Appellant

## No. 20210190

Appeal from the District Court of Cass County, East Central Judicial District, the Honorable Susan L. Bailey, Judge.

AFFIRMED.

Per Curiam.

Tracy A. Gompf, Assistant State's Attorney, Fargo, ND, for petitioner and appellee; submitted on brief.

Andrew Marquart, Fargo, ND, for respondent and appellant; submitted on brief.

**Per Curiam.**

[¶1] T.L.E. appeals from an order for hospitalization and an order for involuntary treatment with medication. He argues the evidence does not support the district court's findings that he is a mentally ill individual requiring involuntary treatment with medication. We conclude the court's findings are not clearly erroneous. *See Interest of B.L.S.*, 2006 ND 218, ¶ 10, 723 N.W.2d 395 (the clearly erroneous standard of review applies to factual findings made by the district court in N.D.C.C. ch 25-03.1 civil commitment proceedings). We affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]  Jon J. Jensen, C.J.
Gerald W. VandeWalle
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte